UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J. MARK GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV01441 AGF |
| ) | |
| MIDWEST MEDICAL ) | |
| CONTRACTING, INC.,et al., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Midwest Medical Contracting, Inc.'s response to this Court's November 4, 2011, Order to Show Cause and request for leave to file its answer out of time.  Plaintiff J. Mark Gordon filed suit on August 17, 2011, and Defendant was served on September 14, 2011.  Defendant's answer was due on October 5, 2011, but Defendant failed to timely answer or otherwise respond to Plaintiff's complaint.  Plaintiff then moved for default judgment and the Court ordered Defendant to show cause why the Clerk of the Court should not enter default against it.  Defendant now requests leave to file its answer out of time.  Plaintiff has not responded to that motion, and the time to do so has expired.

Upon consideration of Defendant's motion and the lack of opposition thereto, the Court will grant, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), Defendant's request for leave to file its answer or other responsive pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for leave to file its answer out of time (Doc. No. 8 ) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file Defendant's proposed answer (Doc. No. 8-3) as its responsive pleading in this case.

**IT IS FURTHER ORDERED** that Plaintiff's motion for default judgment (Doc. No. 5) is **DENIED as moot.**

                                                                                    _____
                                                                                    AUDREY G. FLEISSIG
                                                                                    UNITED STATES DISTRICT JUDGE

Dated this 17th day of November, 2011.